IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carthan, Deborah A

Printed: 9/3/08

Case Number: 08 B 14543
Judge: Wedoff, Eugene R
Filed: 6/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Transferred: August 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 610.00 |  |
| Secured: |  | 570.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 39.65 |
| Other Funds: |  | 0.00 |
| Totals: | 610.00 | 610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | National Auto Finance Inc | Secured | 9,622.98 | 570.35 |
| 4. | Internal Revenue Service | Priority | 2,642.80 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 160.48 | 0.00 |
| 6. | Wells Fargo Ed Fin Servs | Unsecured | 4,905.23 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,045.99 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 549.66 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 682.29 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 667.50 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 4,772.82 | 0.00 |
| 12. | Cook County Treasurer | Secured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Sallie Mae | Unsecured |  | No Claim Filed |
| 15. | Wells Fargo | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,049.75 | $ 570.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.65 |
|  | _____ |
|  | $ 39.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Carthan, Deborah A | Case Number:  08 B 14543 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  6/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

